```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12342
   TYRA V KENNEDY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0486

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/15/2008 and was confirmed 08/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE         .00            .00           .00
AMERIFIRST HOME IMPROVEM  CURRENT MORTG         .00            .00           .00
AMERIFIRST HOME IMPROVEM  MORTGAGE ARRE      942.02            .00           .00
CITIFINANCIAL INC         CURRENT MORTG         .00            .00           .00
CITIFINANCIAL INC         MORTGAGE ARRE     1568.65            .00           .00
GMAC                      SECURED VEHIC    18034.02          96.20       1832.25
BARCLAYS CAPITAL REAL ES  CURRENT MORTG         .00            .00           .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE    17575.81            .00           .00
INTERNAL REV SVC          PRIORITY       NOT FILED            .00           .00
D PATRICK MULLARKEY       PRIORITY       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED            .00           .00
US ATTORNEYS OFFICE       PRIORITY       NOT FILED            .00           .00
AMERIFIRST HOME IMPROVEM  NOTICE ONLY    NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      980.10            .00           .00
ASECENTION RECOVERY MAN   UNSEC W/INTER NOT FILED            .00           .00
BRINKS HOME SECURITY      UNSEC W/INTER NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     1385.51            .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER      360.00            .00           .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER NOT FILED            .00           .00
CREDIT COLLECTION SERVIC  UNSEC W/INTER NOT FILED            .00           .00
CREDIT PROTECTION         UNSEC W/INTER NOT FILED            .00           .00
CROSS COUNTRY BANK        UNSEC W/INTER NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER NOT FILED            .00           .00
EMERGENCY PYSICIANS OFFI  UNSEC W/INTER NOT FILED            .00           .00
PREMIER BANKCARD          UNSEC W/INTER      595.05            .00           .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED            .00           .00
GREAT LAKES SPECIALITY F  UNSEC W/INTER NOT FILED            .00           .00
HFC                       UNSEC W/INTER NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     2826.41            .00           .00
HOUSEHOLD FINANCE CORPOR  UNSEC W/INTER     7086.63            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12342 TYRA V KENNEDY
```

```
HSBC BANK NEVADA/HSBC CA UNSEC W/INTER    493.21              .00              .00
HSBC BANK NEVADA/HSBC CA UNSEC W/INTER   1246.99              .00              .00
ICS                      NOTICE ONLY   NOT FILED             .00              .00
IRA T NEVEL              NOTICE ONLY   NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   2362.11              .00              .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED             .00              .00
SUN CASH                 UNSEC W/INTER NOT FILED             .00              .00
TRANSWORLD SYSTEM        UNSEC W/INTER NOT FILED             .00              .00
US CELLULAR              UNSEC W/INTER NOT FILED             .00              .00
WEST SUBURBAN HEALTH CAR UNSEC W/INTER NOT FILED             .00              .00
GREAT LAKES SPECIALITY F UNSEC W/INTER NOT FILED             .00              .00
IVORY KENZIE             NOTICE ONLY   NOT FILED             .00              .00
BARCLAYS CAPTIAL REAL ES MORTGAGE NOTI NOT FILED             .00              .00
US BANK NATIONAL         MORTGAGE NOTI NOT FILED             .00              .00
INTERNAL REVENUE SERVICE SECURED NOT I  22812.82              .00              .00
KONSTANTINE T SPARAGIS   DEBTOR ATTY     2,300.00                         2,119.54
TOM VAUGHN               TRUSTEE                                            352.01
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,400.00

PRIORITY                                              .00
SECURED                                         1,832.25
    INTEREST                                       96.20
UNSECURED                                             .00
ADMINISTRATIVE                                  2,119.54
TRUSTEE COMPENSATION                              352.01
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   4,400.00               4,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
     Dated: 03/05/09     _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE